**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**EDGAR SEBASTIAN MENJIVAR**          **CASE NO.  6:26-CV-01288 SEC P**

**VERSUS**                            **JUDGE EDWARDS**

**U S IMMIGRATION & CUSTOMS**         **MAGISTRATE JUDGE HORNSBY**
**ENFORCEMENT**

**JUDGMENT**

Before the Court is the Report and Recommendation ("R&R") of the Magistrate

Judge recommending the dismissal of this action for failure to prosecute. (Doc. 8).

Having considered the R&R, the entire record, and the Court having confirmed that

Petitioner is no longer in the custody of the Department of Homeland Security,[1]

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be

**DISMISSED WITHOUT PREJUDICE.**

THUS DONE in Chambers on this 27th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] *See* Online Detainee Locator System search results, https://locator.ice.gov/odls/#/results